**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** March 10, 2011

**Case No:** C10-80321 JSW (EMC)          **Time:** 4:40 p.m.

**Case Name:** Elcommerce.com v. SAP, et al.

**Deputy Clerk:** Betty Lee


**PROCEEDINGS:**

- Plaintiff's motion to compel (Docket #3)


**ORDERED AFTER HEARING:**

- Based on plaintiff's 3/9/11 letter, the Court hereby terminates Plaintiff's motion to compel (Docket #3). If parties wish to renew the motion, a joint letter shall be filed with this court.


**Order to be prepared by:** [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:**

**cc:** EMC